No. 10434. Petition of GERALD F. DAVIS.
Decided June 6, 1962.

374 P.2d 114.

PER CURIAM.

The defendant, appearing pro se, has applied to the Chief

Justice for a certificate of probable cause as provided under section 94-8109, R.C.M.1947.

There is no showing in such application that such a certificate was denied by the District Court, but in any event defendant is represented upon his appeal by Court-appointed counsel and all matters in this cause should be presented by such counsel and not by the defendant appearing personally.

The application is denied.